IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENNETH FIGGINS,

    Plaintiff,

v.                              CASE NO. 4:24cv330-RH-MAF

WARDEN, WAKULLA
CORRECTIONAL INSTITUTION,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 9. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The motion to dismiss, ECF No. 7, is granted.

3. The clerk must enter judgment stating, "The petition is dismissed as untimely."

4. A certificate of appealability is denied.

5. The clerk must close the file.

SO ORDERED on February 17, 2025.

                                        s/Robert L. Hinkle
                                        United States District Judge